**FILED**

1/24/2022

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | GLOBAL ORDER DISMISSING CITATIONS AND QUASHING WARRANTS |
| Plaintiff, | |
| vs. | VIOLATION NOS. AND LOCATION CODES: |
| ABBEY L. KLEESE, | PO-17-5268-GF-JTJ 6564650 – M13 |
| PETA G. KRAJEWSKI, | PO-17-5270-GF-JTJ |
| JESSE M. STEINMOUS, | PO-17-5297-GF-JTJ |
| MAGGIE A. CHONKA, | PO-17-5301-GF-JTJ 6564697 – M13 |
| ERIN M. RAFF, | PO-17-5302-GF-JTJ PO-17-5314-GF-JTJ 6563232, 6563233 – M13 |
| JOSHUA D. HOOLEY, | PO-17-5307-GF-JTJ 6027989 – M13 |
| JOSEPH M. KEIFFER, | PO-17-5310-GF-JTJ 6027163 – M13 |
| ROBERTA A. MORROW, | PO-17-5311-GF-JTJ 6562755 – M13 |
| EUSEBIO R. OCHOA, | PO-17-5313-GF-JTJ |
| CARLOS G. SILVA, | PO-17-5315-GF-JTJ |
| DEMIAN W. ALLEN, | PO-17-5319-GF-JTJ 6028016 – M13 |
| OLIVER L. GALANTE, | PO-17-5321-GF-JTJ 6429111 – M12 |
| DANIEL S. TEMPLETON, | PO-17-5322-GF-JTJ |

| | |
|---|---|
| **FERNANDO LEDESMA-SANCHEZ,** | **PO-18-5016-GF-JTJ** |
| | **7574851 – M49** |
| **MEGAN L. NULL,** | **PO-18-5023-GF-JTJ** |
| **TRENT PACURIAN,** | **PO-18-5029-GF-JTJ** |
| **ISABEL A. MACKENZIE,** | **PO-18-5039-GF-JTJ** |
| | **6027791 – M13** |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS**

**ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim.

P. 48(a), and the warrants are **QUASHED**.

DATED this 24th day of January, 2022.

_____
John Johnston
United States Magistrate Judge

2